## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

HECTOR H. BALDERAS,

    Plaintiff,

v.                                              No. 15-cv-0396 MV/SMV

PREFERRED CARE, INC., et al.,
and CATHEDRAL ROCK CORP., et al.,

    Defendants.

### ORDER SETTING EXPEDITED BRIEFING SCHEDULE AND TELEPHONIC MOTION HEARING

**Date and time**:    June 18, 2015, at 3:00 p.m.

**Matter to be heard**:    State of New Mexico's Expedited Motion to Stay Pending Order on Motion to Remand [Doc. 61]

      **IT IS ORDERED** that briefing on the Motion to Stay [Doc. 61] shall be EXPEDITED. Defendants' Response(s) shall be due no later than **June 12, 2015**. Plaintiff's Reply shall be due no later than **June 17, 2015**.

      **IT IS FURTHER ORDERED** that a telephonic hearing on the Motion to Stay [Doc. 61] is set for **June 18, 2015, at 3:00 p.m.** Counsel shall call Judge Vidmar's Teleconference Line at **(215) 446-3656**, using code **4382538** to connect to the proceedings.

      **IT IS SO ORDERED.**

                                                            _____
                                                            **STEPHAN M. VIDMAR**
                                                             **United States Magistrate Judge**